UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J SPORTS PRODUCTION, INC.

                              **DEFAULT JUDGMENT**

v.

                              Case No. 2:11-CV-2439 JAM AC

DULCE TORRES, dba, EL MALECON
BAR & GRILL

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $5,000 in statutory damages, and $25,000 in enhanced damages:

                **DULCE TORRES, dba,
                EL MALECON BAR & GRILL**

March 18, 2013

                                          VICTORIA C. MINOR, CLERK

                                          By: */s/D. Waggoner*_____
                                              D. Waggoner, Deputy Clerk